IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 13-538-SLR |
| BMW OF NORTH AMERICA, LLC, | ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that defendant's time in which to move, plead or otherwise respond to the Complaint is extended until June 3, 2013.

*/s/ Stephen B. Brauerman*  
Richard D. Kirk (No. 0922)  
Stephen B. Brauerman (No. 4952)  
Vanessa R. Tiradentes (No. 5398)  
BAYARD, P.A.  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE 19899  
(302) 655-5000  
rkirk@bayardlaw.com  
sbrauerman@bayardlaw.com  
vtiradentes@bayardlaw.com  
*Attorney for Plaintiff*

*/s/ Karen E. Keller*  
John W. Shaw (No. 3362)  
Karen E. Keller (No. 4489)  
SHAW KELLER, LLP  
300 Delaware Avenue, Suite 1120  
Wilmington, DE 19801  
(302) 298-0700  
jshaw@shawkeller.com  
kkeller@shawkeller.com  
*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2013.

_____  
United States District Judge