IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE OPERATION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No 13-538-SLR ) ) ) ) ) |

**DEFENDANT BMW OF NORTH AMERICA, LLC'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BMW of North America, LLC ("BMW") hereby submits the following corporate disclosure statement:

BMW is a wholly owned subsidiary of BMW (US) Holding Corp., which in turn is a wholly owned subsidiary of Bayerische Motoren Werke AG ("BMW AG"). BMW AG is a stock company under German law with headquarters in Munich, Germany. BMW AG is independent and has no parent corporation. No other publicly held corporation owns 10% or more of BMW's or BMW AG's stock.

| | |
|---|---|
| OF COUNSEL:<br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Dr.<br>Reston, VA 20190<br>(571) 203-2700<br><br>R. Benjamin Cassady<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Ave., NW<br>Washington, D.C.<br>(202) 408-4000<br><br>Dated June 3, 2013 | */s/ David M. Fry*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant*<br>*BMW of North America, LLC* |