IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE OPERATION TECHNOLOGIES, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 13-538-SLR |
| BMW OF NORTH AMERICA, LLC, ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2013, the following document was served on the persons listed below in the manner indicated:

1. Defendant BMW Of North America, LLC's Initial Disclosures

   **BY E-MAIL**
   Richard D. Kirk
   Stephen B. Brauerman
   Vanessa R. Tiradentes
   BAYARD, P.A.
   222 Delaware Avenue, Suite 900
   P.O. Box 25130
   Wilmington, DE 19899
   (302) 655-5000
   rkirk@bayardlaw.com
   sbrauerman@bayardlaw.com
   vtiradentes@bayardlaw.com

   Alexander C.D. Giza
   J. Power Hely VI
   RUSS, AUGUST & KABAT
   12424 Wilshire Boulevard 12th Floor
   Los Angeles, California 90025
   (310) 826-7474
   agiza@raklaw.com
   phely@raklaw.com
   vot@raklaw.com

|  |  |
|---|---|
| OF COUNSEL:<br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT, & DUNNER, LLP<br>Two Freedom Square 11955 Freedom Dr.<br>Reston, Virginia 20190<br>(571) 203-2700<br>lionel.lavenue@finnegan.com<br><br>R. Benjamin Cassady<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT, & DUNNER, LLP<br>901 New York Ave., NW<br>Washington, D.C.<br> (202) 408-4000<br>ben.cassady@finnegan.com | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER, LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant* |

Dated: August 26, 2013