# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE OPERATION TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA LLC, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 13-538-SLR ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 26, 2013, copies of: (1) **VEHICLE OPERATION TECHNOLOGIES LLC'S RULE 26 INITIAL DISCLOSURES** and (2) this **NOTICE OF SERVICE** were served upon the following counsel as shown:

**BY EMAIL**

John W. Shaw
Karen E. Keller
David M. Fry
Shaw Keller, LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

Lionel M. Lavenue
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

R. Benjamin Cassady
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., N.W.
Washington, D.C. 20001

| | |
|---|---|
| August 26, 2013 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman* |
| | Richard D. Kirk (No. 922) |
| Marc A. Fenster | Stephen B. Brauerman (No. 4952) |
| Alexander C.D. Giza | Vanessa R. Tiradentes (No. 5398) |
| RUSS, AUGUST & KABAT | 222 Delaware Avenue, Suite 900 |
| 12424 Wilshire Boulevard, Twelfth Floor | Wilmington, DE 19899 |
| Los Angeles, California 90025 | (302) 655-5000 |
| (310) 826-7474 | rkirk@bayardlaw.com |
| mfenster@raklaw.com | sbrauerman@bayardlaw.com |
| agiza@raklaw.com | vtiradentes@bayardlaw.com |
| | |
| | *Attorneys for Plaintiff Vehicle Operation Technologies LLC* |

2