IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No 13-538-SLR |
| BMW OF NORTH AMERICA, LLC, | ) ) | |
| Defendant. | ) ) | |
| VEHICLE OPERATION TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No 13-712-SLR |
| MITSUBISHI MOTORS NORTH AMERICA, INC., | ) ) ) | |
| Defendant. | ) | |

**MOTION OF DEFENDANTS BMW OF NORTH AMERICA LLC AND MITSUBISHI MOTORS NORTH AMERICA, INC. FOR RULE 11 SANCTIONS**

Defendants BMW of North America, LLC ("BMW") and Mitsubishi Motors North America, Inc. ("MMNA," hereinafter collectively "Defendants") move for dismissal of the patent infringement claims asserted by Plaintiff Vehicle Operation Technologies, LLC ("VOT") and for sanctions under Federal Rule of Civil Procedure 11. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Their Motion for Rule 11 Sanctions submitted contemporaneously herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL:<br>Lionel M. Lavenue<br>Finnegan, Henderson, Farabow,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Dr.<br>Reston, VA 20190<br>(571) 203-2700<br><br>R. Benjamin Cassady<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, D.C.<br>(202) 408-4000 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Defendant*<br>*BMW of North America, LLC* |
| OF COUNSEL:<br>Charles Gorenstein<br>Michael T. Smith<br>Ali M. Imam<br>BIRCH STEWART KOLASCH BIRCH, LLP<br>8110 Gatehouse Road<br>Suite 100 East<br>Falls Church, VA 22042<br>(703) 205-8000 | */s/ Sean T. O'Kelly*<br>Sean T. O'Kelly (No. 4349)<br>O'KELLY, ERNST, BIELLI, LLC<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>sokelly@oeblegal.com<br>(302) 778-4000<br>*Attorneys for Defendant*<br>*Mitsubishi Motors North America, Inc.* |

Dated: September 30, 2013