IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Vehicle Operation Technologies LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**American Honda Motor Co. Inc.,**<br><br>　　　　　　Defendant. | Civil Action No. 13-537-RGA |
| **Vehicle Operation Technologies LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**BMW of North America LLC,**<br><br>　　　　　　Defendant. | Civil Action No. 13-538-RGA |
| **Vehicle Operation Technologies LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**Ford Motor Company,**<br><br>　　　　　　Defendant. | Civil Action No. 13-539-RGA |

| | |
|---|---|
| **Vehicle Operation Technologies LLC,**<br><br>              Plaintiff,<br><br>    v.<br><br>**General Motors LLC,**<br><br>              Defendant. | Civil Action No. 13-540-RGA |
| **Vehicle Operation Technologies LLC,**<br><br>              Plaintiff,<br><br>    v.<br><br>**Nissan North America Inc.,**<br><br>              Defendant. | Civil Action No. 13-541-RGA |
| **Vehicle Operation Technologies LLC,**<br><br>              Plaintiff,<br><br>    v.<br><br>**Porsche Cars North America Inc.,**<br><br>              Defendant. | Civil Action No. 13-542-RGA |
| **Vehicle Operation Technologies LLC,**<br><br>              Plaintiff,<br><br>    v.<br><br>**Mitsubishi Motors North America Inc.,**<br><br>              Defendant. | Civil Action No. 13-712-RGA |

ORDER

Having reviewed the relevant papers, for the reasons stated in the accompanying Memorandum Opinion, IT IS ORDERED:

1. The Defendants' Motions for Rule 11 Sanctions (13-cv-00538-RGA D.I. 21; 13-cv-00539-RGA D.I. 21; 13-cv-00540-RGA D.I. 25; 13-cv-00541-RGA D.I. 22; 13-cv-00542-RGA D.I. 22; 13-cv-00712-RGA D.I. 24) are **GRANTED** as to dismissal and **DENIED** as to monetary sanctions.

2. Cases 13-cv-00538-RGA, 13-cv-00539-RGA, 13-cv-00540-RGA, 13-cv-00541-RGA, 13-cv-00542-RGA, and 13-cv-00712-RGA are **DISMISSED WITH PREJUDICE** pursuant to Rule 11.

Entered this 12th day of September, 2014.

*Richard G. Andrews*
United States District Judge